**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2641-WJM-CBS

EUGENE KNIGHT, L.K., by and through her next friend Eugene Knight, and
A.K., by and through his next friend Eugene Knight,

    Plaintiffs,

v.

PAULA BIENEMAN, in her official capacity as Principal of Palmer Elementary School,
LEE COOPER, in his official capacity as Deputy Instructional Superintendent of Denver Public Schools, and
TOM BOASBERG, in his official capacity as the Superintendent of the Denver Public Schools,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Granting Defendants' Motion to Dismiss and Denying Plaintiff's Motion for Preliminary Injunction entered by the Honorable William J. Martínez, United States District Judge, on January 14, 2015,

IT IS ORDERED:

    1.    Plaintiff's Motion for Preliminary Injunction (ECF No. 9) is DENIED and Defendants' Motion to Dismiss (ECF No. 28) is GRANTED;

    2.    Plaintiff's claims brought under the United States Constitution are DISMISSED WITH PREJUDICE.

    3.    The Court DECLINES JURISDICTION over Plaintiff's claims brought under the Colorado Constitution, and such claims are

DISMISSED WITHOUT PREJUDICE; and

IT IS FURTHER ORDERED that Final Judgment is entered for Defendants and against the Plaintiffs.

IT IS FURTHER ORDERED that Defendants are awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days after entry of Final Judgment.

Dated at Denver, Colorado this __14th__ day of January 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: __s/Deborah Hansen__
Deborah Hansen, Deputy Clerk